UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NHAN HOANG LE, | CASE NO. 2:25-cv-212-JNW |
| Plaintiff, | ORDER |
| v. | |
| MICROSOFT CORPORATION, | |
| Defendant. | |

On April 21, 2025, the Court granted in part Defendant Microsoft Corporation's motion to dismiss and granted Plaintiff Nhan Hoang Le leave to file a proposed amended complaint within 21 days. Dkt. No. 11 at 6. To date, Le has failed to file a proposed amended complaint and the deadline to file has passed. *See* Dkt. As a result, the Court DIMSISSED this case without prejudice and directs the clerk to close this case.

Dated this 15th day of May, 2025.

Jamal N. Whitehead
United States District Judge

**ORDER** - 1